JOHN HARRIS PAER   #1551-0
41 B Kepola Place
Honolulu, Hawaii  96817
Telephone:  (808) 595-7179
Facsimile:  (808) 595-3918
email: paerj001@hawaii.rr.com

Attorney for Plaintiff

**ORIGINAL LODGED**
AUG 2 1 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 2 2 2006
at 10 o'clock and 00 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEMETRIUS JONES, | CIVIL NO. 06-00334 SOM-BMK |
| Plaintiff, | |
| vs. | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

STIPULATION ~~NOTICE~~ OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant, by and through their undersigned counsel and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismiss the above action with

prejudice, each party to bear their own costs and attorneys fees. There are no remaining issues and parties.

DATED: Honolulu, Hawaii, _____AUG 2 2 2006_____

_____
JOHN HARRIS PAER
Attorney for Plaintiff

_____
MICHIRO IWANAGA
Attorney for Defendant

IT IS SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT